JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 23, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND AND THE BOARD OF TRUSTEES OF SOUTHERN CALIFORNIA LUMBER INDUSTRY RETIREMENT FUND<br><br>Plaintiffs,<br>v.<br>CWP CABINETS, INC.<br>Defendant. | Case No.: 2:16-cv-01005-VAP-DTB<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING SETTLEMENT AND ENTRY OF CONSENT JUDGMENT** |

IT IS ORDERED that the Parties' Stipulation Regarding Settlement and Entry of Consent Judgment ("Stipulated Agreement") be entered. The Court retains jurisdiction over the Parties at their request in order to enforce the terms of the Stipulated Agreement.

Dated: March 23, 2018

_Virginia A. Phillips_
Hon. Virginia A. Phillips
Chief United States District Judge

1